**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BOBBY JOE JIMMERSON, | ) | NO. ED CV 10-325-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 24, 2010.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE